# UNITED STATES BANKRUPTCY COURT

## SOUTHERN _____ DISTRICT OF _____ TEXAS _____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk

Clerk, United States Bankruptcy Court
515 Rusk
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

William A. (Trey) Wood, III
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____  BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒       Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
Deep Marine Liquidating Trust
Attn: John Bittner, Liquidating Trustee
1717 Main Street, Suite 1500
Dallas, TX 75201

☐       Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐       Residence Service: By leaving the process with the following adult at:

☐       Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐       Publication: The defendant was served as follows: [Describe briefly]

☐       State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                               (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        /s/ _____
*Date*                                  *Signature*

| |
|---|
| **Print Name**:     Jason G. Cohen<br>**Business Address**: Bracewell & Giuliani LLP<br>                           711 Louisiana, Suite 2300<br><br>**City**: Houston           **State**:  TX           **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN      DISTRICT OF      TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>515 Rusk<br>Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William A. (Trey) Wood, III<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____      BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒ Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
  Greenwood Marine Management, Inc.
  Attn: Andrew Reed
  1304 Victor II Boulevard
  Morgan City, LA 70380

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____,
  as follows: [Describe briefly]             (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____   /s/ _____
   *Date*               *Signature*


**Print Name**:  Jason G. Cohen
**Business Address**: Bracewell & Giuliani LLP
        711 Louisiana, Suite 2300

**City**: Houston     **State**: TX     **Zip**: 77002

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN ——————— DISTRICT OF ——— TEXAS ————————

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| **Defendants.** | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
>
> Clerk, United States Bankruptcy Court
> 515 Rusk
> Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>
> William A. (Trey) Wood, III
> Bracewell & Giuliani LLP
> 711 Louisiana Street, Suite 2300
> Houston, Texas 77002-2781

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

—————————————— (Clerk of the Bankruptcy Court)

Date: ——————————      BY: ——————————————— (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
BNA Marine Services, LLC
Attn: Jacob J. Breaux, President and Registered Agent
1101 Hickory Street
Morgan City, LA 70380

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____                  /s/ _____
*Date*                                                    *Signature*


| | |
|---|---|
| **Print Name**: | Jason G. Cohen |
| **Business Address**: | Bracewell & Giuliani LLP |
| | 711 Louisiana, Suite 2300 |
| **City**: Houston | **State**: TX          **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN _____ DISTRICT OF _____ TEXAS _____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk

Clerk, United States Bankruptcy Court
515 Rusk
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

William A. (Trey) Wood, III
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____          BY: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒      Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
        Otto Candies, LLC
        Attn: Paul B. Candies, Manager and Registered Agent
        17271 Hwy 90
        Des Allemands, LA 70030

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: [Describe briefly]                         (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____             /s/ _____
       *Date*                                     *Signature*

| |
|---|
| **Print Name**:    Jason G. Cohen<br>**Business Address**: Bracewell & Giuliani LLP<br>                        711 Louisiana, Suite 2300<br><br>**City**: Houston          **State**: TX          **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN _____ DISTRICT OF ____ TEXAS _____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| **Defendants.** | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court |
| 515 Rusk |
| Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William A. (Trey) Wood, III |
| Bracewell & Giuliani LLP |
| 711 Louisiana Street, Suite 2300 |
| Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____        BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I,  Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒ Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
Aramark US Offshore Services, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                  (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                    /s/ _____
Date                                                            Signature

Print Name: Jason G. Cohen
Business Address: Bracewell & Giuliani LLP
                            711 Louisiana, Suite 2300

City: Houston                State: TX                Zip: 77002

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN     DISTRICT OF     TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>515 Rusk<br>Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William A. (Trey) Wood, III<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____      BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒      Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
         Conrad Shipyard, LLC
         Attn: John P. Conrad, Jr.
         1501 Front Street
         Morgan City, LA 70380-3032

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____,
         as follows: [Describe briefly]                           (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____      _/s/_ _____
        *Date*                                           *Signature*

| |
|---|
| **Print Name**:      Jason G. Cohen |
| **Business Address**: Bracewell & Giuliani LLP |
|                         711 Louisiana, Suite 2300 |
| **City**: Houston          **State**:   TX          **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN _____ DISTRICT OF _____ TEXAS _____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| **Defendants.** | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>515 Rusk<br>Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William A. (Trey) Wood, III<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____        BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒     Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
        B&J Martin, Inc.
        Attn: Gail M. Martin, President and Registered Agent
        18104 West Main St.
        Galliano, LA 70354

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: [Describe briefly]                                    (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____       /s/ _____
           *Date*                                           *Signature*

**Print Name**:     Jason G. Cohen
**Business Address**: Bracewell & Giuliani LLP
                        711 Louisiana, Suite 2300

**City**: Houston              **State**:   TX                **Zip**: 77002

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN_____ DISTRICT OF _____TEXAS_____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| **Defendants.** | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk |
| |
| Clerk, United States Bankruptcy Court |
| 515 Rusk |
| Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney |
| |
| William A. (Trey) Wood, III |
| Bracewell & Giuliani LLP |
| 711 Louisiana Street, Suite 2300 |
| Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____          BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒    Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
The IUC Group, Inspectronic Corporation
Attn: Lionel Galerne
222 Fordham Street
City Island, NY 70354

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                    /s/ _____
        *Date*                                              *Signature*

| | |
|---|---|
| **Print Name**: | Jason G. Cohen |
| **Business Address**: | Bracewell & Giuliani LLP |
| | 711 Louisiana, Suite 2300 |
| **City**: Houston | **State**:  TX          **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN     DISTRICT OF     TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| **Defendants.** | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk |
| |
| Clerk, United States Bankruptcy Court |
| 515 Rusk |
| Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney |
| |
| William A. (Trey) Wood, III |
| Bracewell & Giuliani LLP |
| 711 Louisiana Street, Suite 2300 |
| Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____  BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I,  Jason G. Cohen, certify that service of this summons, a copy of the complaint and the Order for Status Conference was made August _____, 2010 (date) by:

☒      Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
        CapRock Communications, Inc.
        Attn: Alan Aronowitz, Vice President and General Counsel
        4400 S. Sam Houston Parkway E.
        Houston, TX 77048

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐      Residence Service: By leaving the process with the following adult at:


☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:


☐      Publication: The defendant was served as follows: [Describe briefly]


☐      State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: [Describe briefly]                                                (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____                    /s/ _____
        *Date*                                      *Signature*


| | |
|---|---|
| **Print Name**:      Jason G. Cohen | |
| **Business Address**: Bracewell & Giuliani LLP | |
| 711 Louisiana, Suite 2300 | |
| **City**: Houston          **State**:  TX          **Zip**: 77002 | |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN      DISTRICT OF      TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>515 Rusk<br>Houston, Texas 77002 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| William A. (Trey) Wood, III<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2781 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____      BY: _____ (Deputy Clerk)

CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August _____, 2010 (date) by:

☒      Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
      DCC Ventures, LLC
      National Registered Agents, Inc. of NV
      1000 East William Street, Suite 204
      Carson City, NV 89701

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____,
      as follows: [Describe briefly]                        (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          /s/ _____
*Date*                                           *Signature*

| |
|---|
| **Print Name**:    Jason G. Cohen<br>**Business Address**: Bracewell & Giuliani LLP<br>                      711 Louisiana, Suite 2300<br><br>**City**: Houston           **State**:  TX            **Zip**: 77002 |

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN _____ DISTRICT OF ____ TEXAS _____

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

| | | |
|---|---|---|
| **THE DEEP MARINE LIQUIDATING TRUST (AS** | § | |
| **SUCCESSOR TO DEEP MARINE 3, LLC)** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 10-3369** |
| | § | |
| **THE DEEP MARINE LIQUIDATING TRUST, et al .** | § | |
| | § | |
| Defendants. | § | |

# SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

Address of Clerk

Clerk, United States Bankruptcy Court
515 Rusk
Houston, Texas 77002

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

Name and Address of Plaintiff's Attorney

William A. (Trey) Wood, III
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781

---

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____        BY: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, Jason G. Cohen, certify that service of this summons and a copy of the complaint was made August
_____, 2010 (date) by:

☒   Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:
Doerle Food Services, LLC
Attn: Robert G. Jackson
Jackson & Jackson, PLLC
111 Founders Drive, Suite 400
Baton Rouge, LA 70810

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐   Residence Service: By leaving the process with the following adult at:


☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
address to the following officer of the defendant at:


☐   Publication: The defendant was served as follows: [Describe briefly]


☐   State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                 (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify
that I am, and at all times during service of process was, not less than 18 years of age and not a party to the
matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____                    /s/ _____
Date                                                             Signature


**Print Name**:       Jason G. Cohen
**Business Address**: Bracewell & Giuliani LLP
                                711 Louisiana, Suite 2300

**City**: Houston                 **State**:   TX                 **Zip**: 77002